FILED
APR 29 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>KENT A. VUCUREVICH<br>P.O. Box 91206<br>Sioux Falls, SD 57109<br>SSN/ITIN: xxx-xx-7380<br><br>Debtor. | Bankruptcy Case No. 11-40501<br>Chapter 7<br><br>14-4064 |
| FIRST MIDWEST BANK,<br><br>Plaintiff<br><br>-vs-<br><br>KENT A. VUCUREVICH<br><br>Defendant. | Adversary No. 12-4004<br><br><br>NOTICE OF APPEAL |

Kent A. Vucurevich, the Debtor-Defendant, appeals under 28 U.S.C. § 158(a)(1) to the District Court from the Bankruptcy Judge's Order Denying Debtor-Defendant's Motion to Set Aside or Vacate Order and Judgment (doc. 34) entered in this adversary proceeding on the 15th day of April, 2014.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| First Midwest Bank | Jason W. Shanks<br>May and Johnson, P.C.<br>PO Box 88738<br>Sioux Falls, SD 57109-8738<br>(605) 336-2565 |
| Kent A. Vucurevich | Stan H. Anker<br>Anker Law Group, P.C.<br>1301 W. Omaha Street, Suite 207<br>Rapid City, SD 57701<br>(605) 718-7050 |

Dated: April 29, 2014.

          ANKER LAW GROUP, P.C.

          *S/ STAN H. ANKER*
          _____
          Stan H. Anker, Esq.
          1301 West Omaha Street, Suite 207
          Rapid City, South Dakota 57701
          Telephone: (605) 718-7050
          Fax: (605) 718-0700
          E-mail: sanker@rushmore.com