```
MIME-Version:1.0
From:BKECF_LiveDB@sdb.uscourts.gov
To:courtmail@sdbdb.sdb.circ8.dcn
Bcc: sally_hanson@sdb.uscourts.gov, SD06@ecfcbis.com, brtrusteepierce@hotmail.com, jshanks@mayjohnson.com,

Message-Id:<2501998@sdb.uscourts.gov>
Subject:12-04004 First Midwest Bank v. Vucurevich Notice of Appeal
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of South Dakota**

Notice of Electronic Filing

The following transaction was received from Stan H. Anker entered on 4/29/2014 at 2:59 PM CDT and filed on 4/29/2014
**Case Name:**        First Midwest Bank v. Vucurevich
**Case Number:**      12-04004
**Document Number:** 37

**Docket Text:**
Notice of Appeal to District (related document(s)[34] Order on Motion to Vacate) (fee due of $298.00) filed by Kent A. Vucurevich. Appellant Designation due 5/13/2014. (Anker, Stan H.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\Vucurevich, Kent\First Midwest Bank Adversary\Appeal\NOT- Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=987020185 [Date=4/29/2014] [FileNumber=2501996-0]
[9fdd8dbaa5d5ab0273f01e46162b9df314be96b11e9751f04e835bf09a0209681dde
fe825d93ecbfdf565a53a33e5c48e7fc4325564d885ee16a3313afa64116]]

**12-04004 Notice will be electronically mailed to:**

Stan H. Anker on behalf of Defendant Kent A. Vucurevich
sanker@rushmore.com

Stanton A. Anker on behalf of Defendant Kent A. Vucurevich
stanton@rushmore.com

Lee Ann Pierce
brtrusteepierce@hotmail.com, SD06@ecfcbis.com

Lee Ann Pierce on behalf of Interested Party Lee Ann Pierce
brtrusteepierce@hotmail.com, SD06@ecfcbis.com

Jason W. Shanks on behalf of Plaintiff First Midwest Bank
jshanks@mayjohnson.com

**12-04004 Notice will not be electronically mailed to:**

Case 4:14-cv-04064-KES   Document 1-1   Filed 04/29/14   Page 2 of 2 PageID #: 4