UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KENT A. VUCUREVICH,<br><br>    Appellant,<br><br>vs.<br><br>FIRST MIDWEST BANK,<br><br>    Appellee. | 4:14-CV-04064-KES<br><br><br><br>JUDGMENT |

  Pursuant to the Order Affirming Bankruptcy Court Decision, it is

  ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of appellee, First Midwest Bank, and against appellant, Kent A. Vucurevich.

  Dated February 13, 2015.

            BY THE COURT:

            /s/ *Karen E. Schreier*
            KAREN E. SCHREIER
            UNITED STATES DISTRICT JUDGE